# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARCH INSURANCE COMPANY, | : |
| Plaintiff, | : |
| v. | : |
| CENTERPLAN CONSTRUCTION COMPANY, LLC, | : |
| ROBERT LANDINO, | : CIVIL ACTION |
| KELLY LANDINO, | : |
| CENTERPLAN DEVELOPMENT CO., LLC, | : NO.: 3:16-cv-01891-VLB |
| RAL INVESTMENTS, LLC, | : |
| WALNUT HILL CHASE, LLC, | : |
| TINKER HOUSE, LLC, | : December 15, 2017 |
| GH DEVELOPMENT, INC., | : |
| CENTER EARTH, LLC, | : |
| and | : |
| CENTERPLAN COMMUNITIES, LLC, | : |
| Defendants. | : |

**MOTION OF PLAINTIFF ARCH INSURANCE COMPANY FOR
SUMMARY JUDGMENT AS TO COUNTS I AND II OF THE
COMPLAINT FOR INDEMNIFICATION**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, plaintiff Arch Insurance Company ("Arch") moves the Court for the entry of summary judgment as to Counts I and II of the Complaint for indemnification. In support of its motion, Arch avers as follows:

1) In order to induce Arch, as surety, to issue performance, payment, and other bonds in favor of defendant Centerplan Construction Company LLC

**ORAL ARGUMENT REQUESTED**

19995723v.2

("Centerplan") and defendant Center Earth, LLC ("Center Earth"), each defendant, as Indemnitor, executed one or more General Indemnity Agreements in favor of Arch.

2) Each indemnity agreement provides, *inter alia*, that each defendant shall indemnify Arch for any and all Losses (as that term is defined in the indemnity agreements) sustained or incurred by Arch by reason of it having executed any and all bonds on behalf of any of the defendants.[1]

3) The indemnity agreements further provide that, in regard to indemnity, the "Indemnitors agree to accept the voucher or other evidence of such payments as *prima facie* evidence of the fact and extent of the liability of Indemnitors to Surety in any demand, claim, or suit by Surety against Indemnitors…."

4) Thereafter, Arch issued a number of surety bonds (the "Bonds") on behalf of defendant Centerplan or on behalf of defendant Center Earth in reliance on the defendants having executed the indemnity agreements.

5) Arch then received a substantial amount of significant claims on the Bonds, including performance bond claims, payment bond claims, and union wage and fringe benefit bond claims.

6) Arch has made significant payments and has otherwise incurred significant Losses as a result of having executed the Bonds.

---

[1] The term "Loss" also includes all costs and expenses incurred by Arch in enforcing the indemnity agreements.

7) Arch made the payments for the Losses in good faith and under the belief that it was liable under the Bonds for the amounts paid or that it was necessary or expedient to make such payments.

8) As of December 12, 2017, the amount of Losses sustained and incurred by Arch by reason of having executed the Bonds is $39,107,334.47.

9) Arch's payments in regard to the Losses were made by either check or wire transfer.

10) Copies of these checks and wire transfers are voluminous and cannot be conveniently attached to this Motion or examined in court.

11) Duplicates of the vouchers and other evidence of the loss payments made by Arch in regard to the Payment Bond Claims, specifically, copies of the Arch checks and wire transfer confirmations, have been provided to the defendants, are available for the Court's inspection, and constitute *prima facie* evidence "of the fact and extent of the liability" of the defendants to Arch.

12) Pursuant to the terms of the indemnity agreements, by letters dated August 5, 2016, Arch, through its counsel, gave notice to the defendants that claims had been asserted under the Bonds. Arch made demand upon the defendants to procure Arch's discharge from the Bonds under which claims had been asserted, and to procure Arch's discharge from all liability under those Bonds. Arch made further demand that the defendants hold harmless and indemnify Arch for all the Losses incurred and to be incurred by Arch as a result of having issued those Bonds.

13) To date, the defendants have failed to comply with Arch's demand, and have failed to hold Arch harmless and indemnify it for all the losses sustained and incurred by Arch as a result of having issued the Bonds.

14) Further, under common law, the principals on the Bonds issued by Arch, defendants Centerplan and Center Earth, are liable to indemnify Arch for its losses and expenses incurred as a result of claims made on the Bonds issued on their behalf.

15) Despite demand, to date Centerplan and Center Earth have failed to indemnify Arch for its losses and expenses incurred as a result of claims made on the Bonds issued on their behalf.

16) To protect and enforce its rights, Arch filed its Complaint in this action, alleging the following causes of action: Count I – Contractual Indemnification; Count II – Common Law Indemnification; Count III – Contractual Security; Count IV – Common Law Exoneration; Count V – *Quia Timet*; and Count VI – Disclosure of Financial Information.

17) Arch is entitled to the entry of summary judgment as to Counts I and II of its Complaint for indemnification,[2] in that there are no disputed issues of material fact and Arch is entitled to a money judgment as a matter of law.

18) In support of this Motion, Arch relies upon its Local Rule 56(a)(1) Statement of Undisputed Material Facts, the Exhibits (including the Affidavit of Joel Beach, Esquire) and its Memorandum of Law, all filed contemporaneously with this Motion.

---

[2] Arch has moved for preliminary injunctive relief and summary judgment as to Counts III through VI of the Complaint in a separate motion.

19995723v.2

-5-

WHEREFORE, Arch moves the Court for the entry of an order granting summary judgment in favor of Arch and against the defendants on Counts I and II of the Complaint, and awarding compensatory damages in the amount of $39,107,334.47 as set forth above, plus costs.

                                                                       **PLAINTIFF**
                                                                       **ARCH INSURANCE COMPANY**

                                                                       **/s/ Matthew M. Horowitz**
                                                                       Matthew M. Horowitz (ct 01747)
                                                                       **WOLF, HOROWITZ & ETLINGER, LLC**
                                                                       99 Pratt Street, Suite 401
                                                                       Hartford, CT 06103
                                                                       PH:  (860) 724-6667
                                                                       mhorowitz@wolfhorowitz.com

                                                                       **/s/ William J. Taylor**
                                                                       William J. Taylor (ct17701)
                                                                       **WHITE AND WILLIAMS LLP**
                                                                       1650 Market Street
                                                                       One Liberty Place, Suite 1800
                                                                       Philadelphia, PA 19103
                                                                       PH: (215) 864-6305
                                                                       taylorw@whiteandwilliams.com

19995723v.2

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on December 15, 2017 a copy of the foregoing *Motion of Plaintiff Arch Insurance Company for Summary Judgment as to Counts I and II of the Complaint for Indemnification* was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic.  Parties may access this filing through the Court's CM/ECF system.

        **/s/ Matthew M. Horowitz**
        Matthew M. Horowitz (ct 01747)
        Wolf, Horowitz & Etlinger, LLC
        99 Pratt Street, Suite 401
        Hartford, CT 06103
        Tel:   (860) 724-6667
        Fax:   (860) 293-1979
        Email:  mhorowitz@wolfhorowitz.com
        Juris No. 402488

        **/s/ William J. Taylor**
        William J. Taylor (ct17701)
        WHITE AND WILLIAMS LLP
        1650 Market Street
        One Liberty Place, Suite 1800
        Philadelphia, PA 19103
        PH: (215) 864-6305
        taylorw@whiteandwilliams.com

19995723v.2