# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| Arch Insurance Company | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Case No. 3:16-CV-01891 (VLB) |
| | ) |
| Centerplan Construction Company, LLC, et al | ) |
| *Defendant* | |

**NOTICE OF APPEARANCE**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Arch Insurance Company                                                                                  .

Date:   May 27, 2020

/s/ C. Donald Neville
*Attorney's signature*

C. Donald Neville - ct24001
*Printed name and bar number*

Kroll, McNamara, Evans & Delehanty, LLP

65 Memorial Road #300, West Hartford, CT 06107
*Address*

dneville@kmelaw.com
*E-mail address*

860-561-7070
*Telephone number*

860-561-7075
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2020, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ C. Donald Neville - ct24001
*Attorney's signature*